Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA DANIEL, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO HOME MORTGAGE; ONEMAIN FINANCIAL, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION LLC, <br><br> Defendants. | Case No.: 2:19-cv-00745-APG-CWH <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS** <br><br> **[FIRST REQUEST]** |

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS [FIRST REQUEST] - 1

1. Plaintiff Sandra Daniel ("Plaintiff"), by and through her counsel of record, and Defendant TRANS UNION LLC, ("Trans Union") have agreed and stipulated to the following:

1. On May 1, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On June 14, 2019, Trans Union filed a Motion to Dismiss Complaint [ECF Dkt. 17].

3. Plaintiff's response is due on June 28, 2019.

4. Plaintiff and Trans Union, have agreed to extend Plaintiff's response deadline fourteen days in order to allow counsel to engage in settlement negotiations. As a result, both Plaintiff and Trans Union, hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **July 12, 2019**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated June 27, 2019.

| **KNEPPER & CLARK LLC** | **ALVERSON TAYLOR & SANDERS** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Trevor Waite* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Shaina R. Plaksin, Esq.<br>Nevada Bar No. 13935<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>Email: shaina.plaksin@knepperclark.com | Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>Trevor Waite, Esq.<br>Nevada Bar No. 13779<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, NV 89149<br>Email: kbonds@alversontaylor.com<br>Email: twaite@alversontaylor.com<br><br>*Counsel for Defendant*<br>*Trans Union LLC* |
| **HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>Email: dkrieger@hainesandkrieger.com<br>*Counsel for Plaintiff* | **IT IS SO ORDERED.**<br><br>_____<br>UNITED STATES DISTRICT JUDGE<br>Dated: June 27, 2019. |

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS [FIRST REQUEST] - 2

| | |
|---|---|
| **CLARK HILL PLLC**<br><br>/s/ *Jeremy J. Thompson*<br>Jeremy J. Thompson, Esq.<br>Nevada Bar No. 12503<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Email: jthompson@clarkhill.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* | **SNELL & WILMER LLP**<br><br>/s/ *Kelly H. Dove*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Kiah D. Beverly-Graham, Esq.<br>Nevada Bar No. 11916<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Email: kdove@swlaw.com<br>Email: kbeverly@swlaw.com<br><br>*Counsel for Defendants*<br>*Wells Fargo Bank, N.A., sued as Wells Fargo Home Mortgage* |
| **BALLARD SPAHR LLP**<br><br>/s/ *Joel E. Tasca*<br>Holly Priest, Esq.<br>Nevada Bar No. 13226<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>One Summerlin<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, NV 89135<br>Email: priesth@ballardspahr.com<br><br>*Counsel for Defendant*<br>*Onemain Financial, Inc.* | . |

# ORDER GRANTING
# STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO
# TRANS UNION'S MOTION TO DISMISS

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS [FIRST REQUEST] - 3