Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA DANIEL,<br><br>  Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; ONEMAIN FINANCIAL, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION LLC,<br><br>  Defendants. | Case No.: 2:19-cv-00745-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS**<br><br>**[SECOND REQUEST]** |

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS [SECOND REQUEST] - 1

Plaintiff Sandra Daniel ("Plaintiff"), by and through her counsel of record, and Defendant TRANS UNION LLC, ("Trans Union") have agreed and stipulated to the following:

1. On May 1, 2019, Plaintiff filed a Complaint [ECF Dkt. 1].

2. On June 14, 2019, Trans Union filed a Motion to Dismiss Complaint [ECF Dkt. 17]

3. On June 27, 2019, the Court granted the Parties stipulation for an extension on Plaintiff's response deadline. [ECF Dkt. 27]

4. Plaintiff's response is due on July 12, 2019.

5. Plaintiff and Trans Union, have agreed to extend Plaintiff's response deadline fourteen days in order to allow counsel to engage in settlement negotiations. As a result, both Plaintiff and Trans Union, hereby request this Court to further extend the date for Plaintiff to respond to Trans Union's Motion to Dismiss Complaint until **July 26, 2019**. This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.
Dated July 9, 2019.

| **KNEPPER & CLARK LLC** | **ALVERSON TAYLOR & SANDERS** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Trevor Waite* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Shaina R. Plaksin, Esq.<br>Nevada Bar No. 13935<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>Email: shaina.plaksin@knepperclark.com | Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>Trevor Waite, Esq.<br>Nevada Bar No. 13779<br>6605 Grand Montecito Parkway, Suite 200<br>Las Vegas, NV 89149<br>Email: kbonds@alversontaylor.com<br>Email: twaite@alversontaylor.com<br><br>*Counsel for Defendant*<br>*Trans Union LLC* |

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS [SECOND REQUEST] - 2

| | |
|---|---|
| **HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | |
| **CLARK HILL PLLC**<br><br>/s/ *Jeremy J. Thompson*<br>Jeremy J. Thompson, Esq.<br>Nevada Bar No. 12503<br>Email: jthompson@clarkhill.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* | **SNELL & WILMER LLP**<br><br>/s/ *Kiah D. Beverly-Graham*<br>Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Kiah D. Beverly-Graham, Esq.<br>Nevada Bar No. 11916<br>Email: kdove@swlaw.com<br>Email: kbeverly@swlaw.com<br><br>*Counsel for Defendants*<br>*Wells Fargo Bank, N.A., sued as Wells Fargo Home Mortgage* |
| **BALLARD SPAHR LLP**<br><br>/s/ *Holly Priest*<br>Holly Priest, Esq.<br>Nevada Bar No. 13226<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Email: priesth@ballardspahr.com<br><br>*Counsel for Defendant*<br>*Onemain Financial, Inc.* | . |

# ORDER GRANTING
## STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: July 9, 2019.

STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO TRANS UNION'S MOTION TO DISMISS [SECOND REQUEST] - 3