Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Onemain Financial, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA DANIEL,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE; ONEMAIN FINANCIAL, INC.; EQUIFAX INFORMATION SERVICE LLC; AND TRANSUNION LLC,<br><br>Defendants. | Case No. 2:19-CV-00745-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (FOURTH REQUEST)** |

Onemain Financial, Inc. ("Onemain") and Plaintiff Sandra Daniel stipulate and agree that Onemain has up to and including July 23, 2019 to respond to Plaintiff's Complaint (ECF No. 1). The parties continue to discuss possible resolution of the case and an additional brief extension will give the parties adequate time for ongoing discussions.[1]

[Continued on next page.]

---

[1] By filing this Stipulation, Onemain is not waiving any defense, affirmative or otherwise, it may have in this matter.

This is the fourth request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 9th day of July, 2019.

| KNEPPER & CLARK LLC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Shaina R. Plaksin<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Shaina R. Plaksin, Esq.<br>Nevada Bar No. 13935<br>5510 So. Fort Apache Rd.<br>Suite 30<br>Las Vegas, Nevada 89148 | By: /s/ Holly Ann Priest<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Holly Ann Priest<br>Nevada Bar No. 13226<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Onemain Financial, Inc.* |

*Attorneys for Sandra Daniel*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 11, 2019