Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA DANIEL, | Case No.: 2:19-cv-00745-APG-DJA |
| Plaintiff, | |
| vs. | **JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF WELLS FARGO HOME MORTGAGE** |
| WELLS FARGO HOME MORTGAGE; ONEMAIN FINANCIAL, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION LLC, | **[FIRST REQUEST]** |
| Defendants. | |

Plaintiff Sandra Daniel ("Plaintiff") and Defendant Wells Fargo Home Mortgage ("WFHM" or "Defendant") (collectively, the "Parties"), by and through their counsel of record,

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF WELLS FARGO HOME MORTGAGE [FIRST REQUEST] - 1

hereby move jointly to extend their deadline to file a Stipulation of Dismissal of WFHM (45) forty-five days:

1.      The Parties settled this matter on September 9, 2019 [ECF Dkt. 50].

2.      The Plaintiff's deadline to file a stipulation of dismissal is November 12, 2019.

3.      The Parties are currently working on finalizing their Settlement Agreement.

4.      The Parties request and extension of forty-five days to file their Stipulation of Dismissal of WFHM to allow them additional time to finalize the settlement agreement.

5.      Plaintiff agrees to file the Stipulation of Dismissal of WFHM no later than **December 27, 2019**.

DATED November 6, 2019.

| **KNEPPER & CLARK LLC** | **SNELL & WILMER LLP** |
|---|---|
| */s/ Shaina R. Plaksin* | */s/ Kiah D. Beverly-Graham* |
| Matthew I. Knepper, Esq., NBN 12796 | Kelly H. Dove, Esq., NBN 10569 |
| Miles N. Clark, Esq., NBN 13848 | Jennifer L. McBee, Esq., NBN 9110 |
| Shaina R. Plaksin, Esq., NBN 13935 | Kiah D. Beverly-Graham, Esq. |
| | Nevada Bar No. 11916 |
| **HAINES & KRIEGER LLC** | |
| David H. Krieger, Esq., NBN 9086 | *Counsel for Defendant* |
| | *Wells Fargo Home Mortgage* |
| *Counsel for Plaintiff* | |

## ORDER GRANTING
## EXTENSION OF TIME FOR PARTIES TO FILE STIPULATION OF DISMISSAL OF WELLS FARGO HOME MORTGAGE

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: NOVEMBER 7, 2019

JOINT MOTION TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL OF WELLS FARGO HOME MORTGAGE [FIRST REQUEST] - 2